**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GONZALEZ, et al.,<br><br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Case No. 26-cv-03564-CJN |

**PROOF OF SERVICE AFFIDAVIT**

I, Brian C. Ward, hereby declare as follows:

1. My office served a copy of the Complaint, each individual Summons, Notice of Addresses Filed Under Seal, on Defendants ("Service Packet") as follows:
   a. On Friday, October 16, 2026, my office mailed a copy of the Service Packet by certified mail to the following address: David J. Venturella, U. S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900. The U.S. Postal Service ("USPS") website shows that the materials were delivered on October 22, 2026.
   b. On Friday, October 16, 2026, my office mailed a copy of the Service Packet by certified mail to the following address: U. S. Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900. The USPS website shows that the materials were delivered on October 22, 2026.
   c. On Friday, October 16, 2026, my office mailed a copy of the Service Packet by certified mail to the following address: Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security, U.S. Department of

Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485. The USPS website shows that the materials were delivered on October 22, 2026.

d. On Friday, October 16, 2026, my office mailed a copy of the Service Packet by certified mail to the following address: U.S. Department of Homeland Security, 2707 Martin Luther King Jr. Ave SE, Washington, DC 20528-0485. The USPS website shows that the materials were delivered on October 22, 2026.

e. On Friday, October 16, 2026, my office mailed a copy of the Service Packet by certified mail to the following address: Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001. The USPS website shows that the materials were picked up at the post office delivered on October 27, 2026.

2. Copies of the Certified Mail Receipts are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Brian C. Ward*

Brian C. Ward, DC Bar No. 90046907
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE# 15180
Washington, DC 20003
202-594-9958
brian@democracydefenders.org
*Counsel for Plaintiffs*

9589 0710 5270 4086 6789 2

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington, DC 20536

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | 0210 |
| Extra Services & Fees (check box, add fee as appropriate) $4.65 | 5 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $4.62 | |
| Total Postage and Fees $14.82 | 10/16/2026 |

SCL · Kerreni

Sent To David J. Venturella, ICE

Street and Apt. No., or PO Box No. 500 12th St. SW

City, State, ZIP+4® Washington, DC 20003

9589 0710 5270 4086 6789 38

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Washington, DC 20536

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0210 |
| $4.65 | 5 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $4.62 | |
| **Total Postage and Fees** $ $14.82 | 10/16/2026 |

Rehrens

Sent To ICE Legal Advisor

Street and Apt. No., or PO Box No. 500 12th St. SW

City, State, ZIP+4® Washington, DC 20536

9589 0710 5270 4086 6789 45

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Washington, DC 20528

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0210 |
| $4.65 | 5 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $4.62 | 10/16/2026 |
| Total Postage and Fees $ $14.82 | Letvens |

Sent To U.S. DHS

Street and Apt. No., or PO Box No. 2707 Martin Luther King Jr. Ave

City, State, ZIP+4® Washington, D.C. 20528

U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $5.55<br>$ $4.65 | 0210<br>5 |
| Extra Services & Fees *(check box, add fee as appropriate)*<br>☐ Return Receipt (hardcopy) $ $0.00<br>☐ Return Receipt (electronic) $ $0.00<br>☐ Certified Mail Restricted Delivery $ $0.00<br>☐ Adult Signature Required $ $0.00<br>☐ Adult Signature Restricted Delivery $ | Postmark Here |
| Postage $4.62<br>$ | 10/16/2026 |
| Total Postage and Fees $14.82<br>$ | |

Sent To Attorney General, DOJ

Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW

City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 4086 6789 50

U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

9589 0710 5270 4086 6793 86

**For delivery information, visit our website at *www.usps.com®*.**

Washington, DC 20528

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ $5.55 | 0210 |
| Extra Services & Fees *(check box, add fee as appropriate)* $4.65 | 5 |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $4.62 | |
| **Total Postage and Fees** $ $14.82 | 10/16/2026 |

Postmark stamp: AUBURN, ME OCT 16 2026 04210 / 2699560

Lehrens

*Sent To* Markwayne Mullin, DHS

*Street and Apt. No., or PO Box No.* 2707 Martin Luther King Ave.

*City, State, ZIP+4®* Washington DC 20528