UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EZEQUIEL GONZALEZ, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Civil Action No. 26-3564 (CJN)

**JOINT STATUS REPORT IN RESPONSE TO NOVEMBER 3, 2026 ORDER**

In its November 3, 2026, Order, the Court asked the parties to file a joint status report addressing five issues. The parties do so below.

(1) A proposed briefing schedule for the Motion for a Preliminary Injunction:

Plaintiffs propose that Defendants file Oppositions to both the Motion for a Preliminary Injunction, ECF No. 25, and the Motion for Class Certification, ECF No. 19, by November 25 and that Plaintiffs file Replies by December 9, 2026.

Defendants believe that Plaintiffs' proposed schedule does not provide sufficient time for Defendants to investigate the factual allegations of dozens of affiants, compile any necessary counter-affidavits, and draft two substantive briefs. Defendants propose that they file an Opposition to the Motion for Preliminary Injunction by December 2, 2026, and an Opposition to the Motion for Class Certification by December 9, 2026. Local Civil Rule 65.1(c) does not contemplate reply briefing on a motion for preliminary injunction, as such, Defendants do not propose a reply date. Regarding the Motion for Class Certification, Defendants propose Plaintiffs file a reply by December 16, 2026.

(2) Whether a hearing on the Motion is necessary, and if so, a proposed date and time for such a hearing:

Plaintiffs request a hearing and propose that the hearing be set for the week of December 14, 2026. Defendants take no position on the issue, leaving the matter to the Court's discretion and request that any hearing be scheduled in consultation with the parties.

(3) Whether the Parties anticipate factual disputes between affiants:

Defendants are still investigating the factual averments in the Plaintiffs' declarations.

(4) Whether the Court needs to resolve either of the other pending motions, the Motion for Class Certification, ECF 19, or the Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms, ECF 24, prior to ruling on the Motion for Preliminary Injunction, and if so, an appropriate briefing schedule:

The parties believe they can resolve the Motion for Non-Plaintiff Declarants to Proceed Under Pseudonyms.

Plaintiffs believe the Court needs to resolve the Motion for Class Certification at the same time it rules on the Motion for a Preliminary Injunction and the parties have proposed briefing schedules for both motions above.

The Court also invited the Parties to address any other issues that they believe will be helpful to the Court: The parties do not propose any such issues at this time.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Malcolm McDermond
MALCOLM McDERMOND
N.Y. Bar # 5780861
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1709
Malcolm.McDermond@usdoj.gov

*Attorneys for the United States of America*

*Counsel for Defendants*

*/s/ Harold Craig Becker*
Harold Craig Becker (D.C. Bar #371239)
Brian C. Ward (D.C. Bar #90046907)
Carolina Lima Porcile (D.C. Bar #90028798)
Norman L. Eisen (D.C. Bar #435051)
Stephen A. Jonas (D.C. Bar #90037069)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
craig@democracydefenders.org
brian@democracydefenders.org
lica@democracydefenders.org

Scott Michelman (D.C. Bar No. 1006945)
Laura K. Follansbee (D.C. Bar No. 1782046)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th St NW, Ste 420
Washington, DC 20045
(202) 457-0800
smichelman@acludc.org
lfollansbee@acludc.org

Kevin M. Fee
Samuel B. Cole
Kathleen Hickey
Hirsh M. Joshi
Katie Mayopoulos

ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, Illinois 60601
Phone: (312) 201-9740
Fax: (312) 288-5225
kfee@aclu-il.org
scole@aclu-il.org
khickey@aclu-il.org
kmayopoulos@aclu-il.org

Matthew J. Platkin*
Angela Cai
Ravi Ramanathan
Conor Bradley*
PLATKIN LLP
1 Gateway Ctr.
Newark, New Jersey 07102
Phone: (973) 561-1950
mplatkin@platkinllp.com
acai@platkinllp.com
rramanathan@platkinllp.com
cbradley@platkinllp.com

Craig C. Martin*
Aaron J. Hersh*
Mitchell Feldhake*
Joshua Martin*
Nathan Pflaum*
Tara Sohns*
Nicole Leon-Elvir*
WILLKIE FARR & GALLAGHER LLP
300 N. LaSalle Dr.
Chicago, Illinois 60654
Phone: (312) 728-9000
cmartin@willkie.com
ahersh@willkie.com
mfeldhake@willkie.com
jcmartin@willkie.com
npflaum@willkie.com
tsohns@willkie.com
nleon-elvir@willkie.com

*Pro hac vice applications forthcoming

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.

/s/Harold Craig Becker

Counsel for Plaintiffs